SEALED

**FILED**

JUL 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK



1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION        CASE NO. 2:16-SW-0406 **CKD**
   OF THE UNITED STATES OF AMERICA

12 1839 San Clemente Street               [PROPOSED] ORDER RE: REQUEST TO SEAL
   Fairfield, California                  DOCUMENTS
13
                                          **UNDER SEAL**
14

15                    **SEALING ORDER**

16      Upon application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that in the above-entitled proceeding shall be filed under seal and

18 shall not be disclosed to any person, unless otherwise ordered by this Court.

19

20

21 Dated: _____July 13, 2016_____

22                                        Hon. Carolyn K. Delaney
                                          U.S. MAGISTRATE JUDGE
23

24

25

26

27

28