1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

**FILED**

MAY 2 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE              )    2:16-SW-0406-CKD
   APPLICATION OF THE UNITED STATES )
12 OF AMERICA FOR A SEARCH WARRANT  )    **ORDER RE: REQUEST TO**
   CONCERNING:                      )    **UNSEAL SEARCH WARRANT**
13                                  )    **AND SEARCH WARRANT**
   **1839 San Clemente Street**     )    **AFFIDAVIT**
14 **Fairfield, California**        )
                                    )
15 _____)

16      Upon application of the United States of America and good cause

17 having been shown,

18      **IT IS HEREBY ORDERED** that the file in the above-captioned matter

19 be, and is, hereby ordered unsealed.

20

21 DATED: May 19, 2017

22                          _____

23                          Hon. CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28